In re Estate of Edward J. O'Hare, Deceased. George Remus, Appellant, v. Northern Trust Company, Executor of Estate of Edward J. O'Hare, Deceased, Appellee.

Gen. No. 43,396.

Heard in the first division, first district, this court at the June term, 1945; opinion filed October 15, 1945; rehearing denied October 30, 1945; released for publication October 30, 1945. Chancellor & Chancellor, for appellant; Wilson & McIlvaine, for appellee; J. F. Dammann, Clarence E. Fox and F. A. Reichelderfer, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

Valentine Kubiszewski, Appellant, v. Edward Lynch, Appellee.

Gen. No. 43,410.

Heard in the first division, first district, this court at the June term, 1945; opinion filed October 15, 1945; released for publication October 30, 1945. Sinon A. Murray and Louis A. Rosenthal, for appellant; no appearance for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.